Receipt Number

570527

262

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**DETROIT POLICE OFFICERS ASSOCIATION**
and Cheryl Smith, Marty Bandemer, Paul Stewart, Donna Latouf, Linda
Brodin, Bernard Cybulski, Joseph Duncan, Calvin Adkins, Carl Allen,
Dwight M. Anding, Rick Arslanian, Alfreda Banks, Tim Barr, Eric Barton,
Gerald Beckem, Lisa Belton, John Bennett, Vivian W. Berry, Carol Bolyard,
George Braxton III, William Brewster, Latonya Brooks, Joseph L.D. Brown,
Antonio Carlisi, Bettie Johnson-Cabbil, Cynthia L. Cheatom, Veronica
Chubb, David E. Clarke, Robin Cleaver, Randall Coleman, Rosemary
Coleman, Makcia Collier, Adam Cook, Phillip D. Cook, Tawaina Craig,
Winston Craig, Patricia Ann Crawford, Justin Dattilio, Andrew Dattol,
William Davis, Thomas Lee Denmark, Arthur Dudd, Patricia Duncan,
Katrina Duplessis, Jermey Everitt, Michael Fountain, Deborah Gaines, Chris
A. Guinn, Ronald W. Haley, Wilbur Hambright, Ronald Hamilton, Marlise
Ann Harowski, Charles D. Harthun, Garnett Hatchett, David Hatwood,
Mary C. Herrada, Espenola Herron-Gray, Scott Herzog, Robert Holmes,
Yolanda D. Hood-Stewart, Brandon R. Hunt, Marcetia Ingram, Celeste
Jackson, Edward Jackson, Jr., Michele Jaskulka, Darrell Johnson, Lisa M.
Johnson, Greta Jopes, Thomas Kilgore, Sylvester C. Kitchen, Aaron
Kraszewski, Brian Kussy, Emmett G. Latimer, II, Ava Lee, Clayburn R.
Lewis, David M. Lopez, Joseph Machon, Jeffery Manson, Timothy L.
McCabe, Sherry McCain, Wilbur Medley, Craig Miller, Eron Mitchell, Anita
Elaine Montgomery, Dennis S. Moore, Leon M. Newell, Mark M. O'Leary,
Cynthia Pardon, Charlotte Parker, Animesh Patez, Scott M. Pellerito, Cheryl
Peoples-Shelton, Vincent M. Peterson, Juan M. Pizana, William Radatz,
Marvin Reed, Johnnie Roggers, Maurice Rudisel, Michael Saffold,
Christopher A. Salisbury, Melissa Sanchez, Andrew Sapienza, Richard
Schley, Annette Sharp, Thomas Skaggs, Jeffery C. Sklar, Cecilia Smith,
Leroy Solomon, Mia M. Spruce, Darren K. Stallworth, Charles E. Staples, II,
Marsha A. Sterrett, Clive Stewart, Edward L. Thomas, Melissa Thomas,
Saeed Thomas, James Tolbert, Vaughn Thornton, Sr., Melvin Toney, Rickey
Townsel, Sr., Robert Trozak, Kathryn Vaughn, Harry Vernon, Mark D.
Wallace, Lynette White, Terry E. Wilcox, Sr., Holly Williams, Kenneth J.
Williams, Derrick Wilson, Marcia L. Wimbush, James Woodside, Alonzo
Young and Douglas Yurmanovic,

     **Plaintiffs,**

**v.**

Case: 2:08-cv-12064
Judge: Steeh, George Caram
MJ: Pepe, Steven D
Filed: 05-09-2008 At 03:49 PM
CMP DETROIT POLICE OFFICERS ASSOC.,
ET AL V. CITY OF DETROIT POLICE DEPT

**CITY OF DETROIT (POLICE DEPARTMENT),**

     **Defendant.**

—————————————————————————————————/

**GREGORY, MOORE, JEAKLE,**
**HEINEN & BROOKS, P.C.**
**BY:  Scott A. Brooks (P35773)**
*Attorneys for Plaintiffs*
**65 Cadillac Square, Suite 3727**
**Detroit, MI 48226**
**(313) 964-5600**
**scott@unionlaw.net**

—————————————————————————————————/

## COMPLAINT

The Detroit Police Officers Association ("DPOA) and Cheryl Smith, Marty Bandemer,

Paul Stewart, Donna Latouf, Linda Brodin, Bernard Cybulski, Joseph Duncan, Calvin Adkins,

Carl Allen, Dwight M. Anding, Rick Arslanian, Alfreda Banks, Tim Barr, Eric Barton, Gerald

Beckem, Lisa Belton, John Bennett, Vivian W. Berry, Carol Bolyard, George Braxton III,

William Brewster, Latonya Brooks, Joseph L.D. Brown, Bettie Johnson-Cabbil, Antonio Carlisi,

Cynthia L. Cheatom, Veronica Chubb, David E. Clarke, Robin Cleaver, Randall Coleman,

Rosemary Coleman, Makcia Collier, Adam Cook, Phillip D. Cook, Tawaina Craig, Winston

Craig, Patricia Ann Crawford, Justin Dattilio, Andrew Dattol, William Davis, Thomas Lee

Denmark, Arthur Dudd, Patricia Duncan, Katrina Duplessis, Jeremy Everitt, Michael Fountain,

Deborah Gaines, Chris A. Guinn, Ronald W. Haley, Wilburt Hambright, Ronald Hamilton,

Marlise Ann Harowski, Charles D. Harthun, Garnett Hatchett, David Hatwood, Mary C.

Herrada, Espenola Herron-Gray, Scott Herzog, Robert Holmes, Yolanda D. Hood-Stewart,

Brandon R. Hunt, Marcetia Ingram, Celeste Jackson, Edward Jackson, Jr., Michele Jaskulka,

Darrell Johnson, Lisa M. Johnson, Greta Jopes, Thomas Kilgore, Sylvester C. Kitchen, Aaron

Kraszewski, Brian Kussy, Emmett G. Latimer, II, Ava Lee, Clayburn R. Lewis, David M. Lopez,

Joseph Machon, Jeffery Manson, Timothy L. McCabe, Sherry McCain, Wilbur Medley, Craig

Miller, Eron Mitchell, Anita Elaine Montgomery, Dennis S. Moore, Leon M. Newell, Mark M. O'Leary, Cynthia Pardon, Charlotte Parker, Animesh Patez, Scott M. Pellerito, Cheryl Peoples-Shelton, Vincent M. Peterson, Juan M. Pizana, William Radatz, Marvin Reed, Johnnie Roggers, Maurice Rudisel, Michael Saffold, Christopher A. Salisbury, Melissa Sanchez, Andrew Sapienza, Richard Schley, Annette Sharp, Thomas Skaggs, Jeffery C. Sklar, Cecilia Smith, Leroy Solomon, Mia M. Spruce, Darren K. Stallworth, Charles E. Staples, II, Marsha A. Sterrett, Clive Stewart, Edward L. Thomas, Melissa Thomas, Saeed Thomas, James Tolbert, Vaughn Thornton, Sr., Melvin Toney, Rickey Townsel, Sr., Robert Trozak, Kathryn Vaughn, Harry Vernon, Mark D. Wallace, Lynette White, Terry E. Wilcox, Sr., Holly Williams, Kenneth J. Williams, Derrick Wilson, Marcia L. Wimbush, James Woodside, Alonzo Young and Douglas Yurmanovic, individuals, through their counsel, state their Complaint as follows:

1.      This is a complaint for unpaid overtime compensation brought pursuant to the Fair Labor Standards Act, as amended, 29 U.S.C. Section 201 et seq.  Plaintiffs bring this action for a declaratory judgment, overtime compensation, liquidated damages and other appropriate relief.  Plaintiffs bring this action on behalf of themselves and other similarly situated individuals employed as police officers by the City of Detroit (Police Department).

**Jurisdiction and Venue**

2.      Jurisdiction is vested in this Court pursuant to 29 U.S.C. Section 216(b) and 28 U.S.C. §§ 1331 and 1337.

3.      Venue is appropriate pursuant to 28 U.S.C. §1391(b).

**Parties**

4.      Plaintiffs Cheryl Smith, Marty Bandemer, Paul Stewart, Donna Latouf, Linda Brodin, Bernard Cybulski, Joseph Duncan, Calvin Adkins, Carl Allen, Dwight M. Anding, Rick Arslanian, Alfreda Banks, Tim Barr, Eric Barton, Gerald Beckem, Lisa Belton, John Bennett,

Vivian W. Berry, Carol Bolyard, George Braxton III, William Brewster, Latonya Brooks, Joseph

L.D. Brown, Bettie Johnson-Cabbil, Antonio Carlisi, Cynthia L. Cheatom, Veronica Chubb,

David E. Clarke, Robin Cleaver, Randall Coleman, Rosemary Coleman, Makcia Collier, Adam

Cook, Phillip D. Cook, Tawaina Craig, Winston Craig, Patricia Ann Crawford, Justin Dattilio,

Andrew Dattol, William Davis, Thomas Lee Denmark, Arthur Dudd, Patricia Duncan, Katrina

Duplessis, Jeremy Everitt, Michael Fountain, Deborah Gaines, Chris A. Guinn, Ronald W.

Haley, Wilburt Hambright, Ronald Hamilton, Marlise Ann Harowski, Charles D. Harthun,

Garnett Hatchett, David Hatwood, Mary C. Herrada, Espenola Herron-Gray, Scott Herzog,

Robert Holmes, Yolanda D. Hood-Stewart, Brandon R. Hunt, Marcetia Ingram, Celeste Jackson,

Edward Jackson, Jr., Michele Jaskulka, Darrell Johnson, Lisa M. Johnson, Greta Jopes, Thomas

Kilgore, Sylvester C. Kitchen, Aaron Kraszewski, Brian Kussy, Emmett G. Latimer, II, Ava Lee,

Clayburn R. Lewis, David M. Lopez, Joseph Machon, Jeffery Manson, Timothy L. McCabe,

Sherry McCain, Wilbur Medley, Craig Miller, Eron Mitchell, Anita Elaine Montgomery, Dennis

S. Moore, Leon M. Newell, Mark M. O'Leary, Cynthia Pardon, Charlotte Parker, Animesh

Patez, Scott M. Pellerito, Cheryl Peoples-Shelton, Vincent M. Peterson, Juan M. Pizana, William

Radatz, Marvin Reed, Johnnie Roggers, Maurice Rudisel, Michael Saffold, Christopher A.

Salisbury, Melissa Sanchez, Andrew Sapienza, Richard Schley, Annette Sharp, Thomas Skaggs,

Jeffery C. Sklar, Cecilia Smith, Leroy Solomon, Mia M. Spruce, Darren K. Stallworth, Charles

E. Staples, II, Marsha A. Sterrett, Clive Stewart, Edward L. Thomas, Melissa Thomas, Saeed

Thomas, James Tolbert, Vaughn Thornton, Sr., Melvin Toney, Rickey Townsel, Sr., Robert

Trozak, Kathryn Vaughn, Harry Vernon, Mark D. Wallace, Lynette White, Terry E. Wilcox, Sr.,

Holly Williams, Kenneth J. Williams, Derrick Wilson, Marcia L. Wimbush, James Woodside,

Alonzo Young and Douglas Yurmanovic are or were employed as Police Officers by the Detroit

Police Department, a department of Defendant City of Detroit, and are employees within the

meaning of FLSA §203(e), 29 U.S.C. 203(e).  Each Plaintiff has consented to become a member

of this action pursuant to FLSA §216(b), 29 U.S.C. §216(b).  See attachments.  (Plaintiffs

identified within this Paragraph are referred hereinafter collectively as "Plaintiff Employees".)

     5.     Plaintiff DPOA is an incorporated labor organization with its principal place of

business in Detroit, Wayne, County, Michigan.  It is the exclusive bargaining representative for

Police Officers below the rank of Investigator employed by Defendant City of Detroit.

     6.     Defendant City of Detroit is an employer as that term is defined in FLSA §203(d),

29 U.S.C. § 203(d).

## Factual Background

     7.     Plaintiff Employees are employed subject to the terms of a Collective Bargaining

Agreement ("CBA") entered into between Plaintiff DPOA and Defendant City of Detroit.  That

Agreement is attached as Exhibit 1.

     8.     Each employee Plaintiff has a regular scheduled 40 hour work week.

     9.     Each employee Plaintiff is permitted by Defendant City of Detroit to, and has

worked, overtime.

     10.     Each employee Plaintiff is entitled to overtime compensation at time and one-half

for all hours worked over eight in a single work day.  CBA Article 14(B)(1).

     11.     Each employee Plaintiff is entitled to overtime compensation at time and one-half

for all hours worked over forty in a work week.

     12.     Pursuant to the CBA, Article 14(A), all bargaining unit members including each

employee Plaintiff are entitled each fiscal year to elect to receive compensatory time instead of

cash payment for the first seventy five (75) hours of overtime worked in that fiscal year.

Compensatory time is credited at the rate of time and one-half.

13.     Plaintiff Employees and other bargaining unit members who have elected to receive compensatory time instead of cash payment for overtime worked are required to request from their command permission to utilize the accrued compensatory time.

14.     Plaintiff Employees and other bargaining unit members who have requested to utilize accrued compensatory time have regularly been denied such use.

15.     At times Defendant City has not identified a reason for denying the request to utilize accrued compensatory time.

16.     At times Defendant City has denied the request because it did not want to incur overtime costs for another employee to cover the use of compensatory time.

17.     Section 207(o) of FLSA, 29 U.S.C. 207(o), requires that public employers who permit employees to accrue compensatory time must permit those employees to utilize that time upon request (1) within a reasonable period after the request is made and (2) if the requested use does not unduly disrupt the operation of the public employer.

18.     The Secretary of Labor has interpreted Section 207(o)'s "unduly burden" exception to mean that the employer shall honor the request unless the employer in good faith anticipates "that it would impose an unreasonable burden on the agency's ability to provide services of acceptable quality and quantity for the public during the time requested without the use of the employee's services." "Mere inconvenience to the employer is an insufficient basis for denial of a request….." 29 C.F.R. §553.25.

19.     The mere fact that overtime costs may be required for another employee to cover the time requested to be utilized by the employee seeking to use accrued compensatory time is not a sufficient reason for the employer to claim that compensatory request is unduly disruptive. **Beck et. al v. City of Cleveland, Ohio**, 390 F.3d 912 (2005), *cert denied* 545 U.S. 1128.

20.     Defendant City of Detroit has denied requests to use accrued compensatory time made by Plaintiff Employees and other unit employees represented by Plaintiff DPOA without a good faith basis that it anticipates that it would impose an unreasonable burden on the Defendant City of Detroit's ability to provide services of acceptable quality and quantity for the public during the time requested without the use of the employee's services.

21.     The actions of Defendant City of Detroit as described above are ongoing.

### Cause of Action

22.     Defendant City of Detroit has and continues to violation the FLSA by failing and refusing in a willful and intentional manner to provide Plaintiff Employees and other similarly situation employees represented by Plaintiff DPOA the overtime compensation due them under the FLSA and its implementing regulations..

**WHEREFORE**, Plaintiff DPOA and Plaintiff Employees respectfully request that this Court:

A. Enter a declaratory judgment that Defendant City of Detroit has willfully and wrongfully violated its statutory obligations and deprived Plaintiff Employees and other members of the bargaining unit of their entitlement under the FLSA, as alleged herein;

B. Order Defendant City of Detroit to make a complete and accurate accounting of all FLSA time due to each Plaintiff and other members of the bargaining unit that was illegally denied them;

C. Enter a judgment under the FLSA against Defendant City of Detroit for all sums found due to each Plaintiff and as appropriate other members of the bargaining unit;

D. Award each Plaintiff and as appropriate other members of the bargaining unit liquidated damages equal to their unpaid FLSA compensation, plus interest;

7

E.  Order that Defendant City of Detroit pay Plaintiffs reasonable attorney fees and costs;

F.  Grant such other relief as may be just and proper.

Respectfully submitted,

Gregory, Moore, Jeakle, Heinen & Brooks, P.C.
By Scott A. Brooks (P35773)
65 Cadillac Square, Suite 3727
Detroit, MI  48226
(313) 964-5600

Dated:  May 9, 2008

## DETROIT POLICE OFFICERS ASSOCIATION, CONSENT TO BECOME A PARTY PLAINTIFF IN A CIVIL ACTION UNDER THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _Cheryl L. Smith_

Date: _May 2, 2008_

## PLEASE PRINT CLEARLY

Name (printed): _Cheryl L. Smith_

Badge Number: _1098_

Assignment: _Communications Operation Section_

**DETROIT POLICE OFFICERS ASSOCIATION,
CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER
THE FAIR LABOR STANDARDS ACT**

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: ___5 | 9 | 08___

**PLEASE PRINT CLEARLY**

Name (printed): ___Martin Bandemer___

Badge Number: ___76___

Assignment: ___Northeast Dist.   D. P.O. A   President.___

**DETROIT POLICE OFFICERS ASSOCIATION,**
**CONSENT TO BECOME A PARTY PLAINTIFF**
**IN A CIVIL ACTION UNDER**
**THE FAIR LABOR STANDARDS ACT**

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: _____5/5/03_____

## PLEASE PRINT CLEARLY

Name (printed): _____PAUL N. STEWART_____

Badge Number: _____4644_____

Assignment: _____Comm Sect_____

**DETROIT POLICE OFFICERS ASSOCIATION,**
**CONSENT TO BECOME A PARTY PLAINTIFF**
**IN A CIVIL ACTION UNDER**
**THE FAIR LABOR STANDARDS ACT**

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _Donna Catauy_

Date: _05.05.08_

**PLEASE PRINT CLEARLY**

Name (printed): _Donna Latouf_

Badge Number: _4869_

Assignment: _Police Personnel / Assigned to DPOA_

**DETROIT POLICE OFFICERS ASSOCIATION,**
**CONSENT TO BECOME A PARTY PLAINTIFF**
**IN A CIVIL ACTION UNDER**
**THE FAIR LABOR STANDARDS ACT**

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _Linda Brown_

Date: _May 5, 2008_

**PLEASE PRINT CLEARLY**

Name (printed): _Linda Brown_

Badge Number: _4889_

Assignment: _A10 DPOA Grievance Chmn_

## DETROIT POLICE OFFICERS ASSOCIATION,
## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: _____5 - 5 - 08_____

### PLEASE PRINT CLEARLY

Name (printed): _____Bernard J. Cybulski_____

Badge Number: _____1480_____

Assignment: _____Vehicle Management / A/o D.P.O.A._____

### DETROIT POLICE OFFICERS ASSOCIATION,
### CONSENT TO BECOME A PARTY PLAINTIFF
### IN A CIVIL ACTION UNDER
### THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: _____5/5/08_____

PLEASE PRINT CLEARLY

Name (printed): ___Joseph A. DUNCAN___

Badge Number: ___#2888___

Assignment: ___NBD / A/o DPOA___

## DETROIT POLICE OFFICERS ASSOCIATION,
## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _Cal Ol_____

Date: _5/6/08_____

## PLEASE PRINT CLEARLY

Name (printed): _CALVIN ADKINS_____

Badge Number: _499_____

Assignment: _Gaming_____

## DETROIT POLICE OFFICERS ASSOCIATION,
## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: _____May 7, 2008_____

### PLEASE PRINT CLEARLY

Name (printed): _____Carl Allen_____

Badge Number: _____3804_____

Assignment: _____Communication Operation Section_____

**DETROIT POLICE OFFICERS ASSOCIATION,**
**CONSENT TO BECOME A PARTY PLAINTIFF**
**IN A CIVIL ACTION UNDER**
**THE FAIR LABOR STANDARDS ACT**

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: _5/7/08_____

<u>PLEASE PRINT CLEARLY</u>

Name (printed): _Dwight M. Anding_____

Badge Number: _JE_____

Assignment: _COS_____

## DETROIT POLICE OFFICERS ASSOCIATION,
## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: 05-07-08

### PLEASE PRINT CLEARLY

Name (printed): Rick Arslanian

Badge Number: 2879

Assignment: Armored RobBerry

**DETROIT POLICE OFFICERS ASSOCIATION,
CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER
THE FAIR LABOR STANDARDS ACT**

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: *Alfreda Banks*

Date: *04-24-08*

<u>PLEASE PRINT CLEARLY</u>

Name (printed): *AlFredA BANKS*

Badge Number: *3697*

Assignment: *Northwestern District - RePorts*

**DETROIT POLICE OFFICERS ASSOCIATION,**
**CONSENT TO BECOME A PARTY PLAINTIFF**
**IN A CIVIL ACTION UNDER**
**THE FAIR LABOR STANDARDS ACT**

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _Timothy M. Ban_

Date: _May 3, 2008_

<u>PLEASE PRINT CLEARLY</u>

Name (printed): _Tim Ball_

Badge Number: _2002_

Assignment: _ScD_

**DETROIT POLICE OFFICERS ASSOCIATION,
CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER
THE FAIR LABOR STANDARDS ACT**

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: *B Barton*

Date: 4-24-08

**PLEASE PRINT CLEARLY**

Name (printed): Eric Barton

Badge Number: 1681

Assignment: NWD

**DETROIT POLICE OFFICERS ASSOCIATION,**
**CONSENT TO BECOME A PARTY PLAINTIFF**
**IN A CIVIL ACTION UNDER**
**THE FAIR LABOR STANDARDS ACT**

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: _____

## PLEASE PRINT CLEARLY

Name (printed): _____

Badge Number: _____

Assignment: _____

## DETROIT POLICE OFFICERS ASSOCIATION,
## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _Lisa R. Belton_

Date: _5/9/2008_

### PLEASE PRINT CLEARLY

Name (printed): _LISA R. BELTON_

Badge Number: _5052_

Assignment: _CENTRAL DISTRICT, CLINTON DESK_ 500

**DETROIT POLICE OFFICERS ASSOCIATION,**
**CONSENT TO BECOME A PARTY PLAINTIFF**
**IN A CIVIL ACTION UNDER**
**THE FAIR LABOR STANDARDS ACT**

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _John K Bennett_

Date: _May 9, 2008_

<u>PLEASE PRINT CLEARLY</u>

Name (printed): _John K. Bennett_

Badge Number: _3019_

Assignment: _Northeastern District_

## DETROIT POLICE OFFICERS ASSOCIATION,
## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _Vivian W Berry_

Date: _MAY 7, 2008_

### PLEASE PRINT CLEARLY

Name (printed): _VIVIAN W. BERRY_

Badge Number: _2415_

Assignment: _C.O.S. (Communications Operations Section)_

## DETROIT POLICE OFFICERS ASSOCIATION,
## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: _____5-6-08_____

### PLEASE PRINT CLEARLY

Name (printed): ____CAROL BoLyard____

Badge Number: ____3425____

Assignment: ____Northwestern District____

**DETROIT POLICE OFFICERS ASSOCIATION,
CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER
THE FAIR LABOR STANDARDS ACT**

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: _____

<u>PLEASE PRINT CLEARLY</u>

Name (printed): _GEORGE BRAXTON III_

Badge Number: _4823_

Assignment: _Police - Law_

## DETROIT POLICE OFFICERS ASSOCIATION,
## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: _____5-7-08_____

### PLEASE PRINT CLEARLY

Name (printed): _William Brouse_

Badge Number: _2203_

Assignment: _Gaming_

## DETROIT POLICE OFFICERS ASSOCIATION,
## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _LaTonya Brooks_

Date: _April 24, 2008_

### PLEASE PRINT CLEARLY

Name (printed): _LATONYA BROOKS_

Badge Number: _5112_

Assignment: _Homicide_

## DETROIT POLICE OFFICERS ASSOCIATION,
## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: ___7 MAY 2008_____

### PLEASE PRINT CLEARLY

Name (printed): __JOSEPH  L. D. BROWN__

Badge Number: __932__

Assignment: __C. O. S.__

## DETROIT POLICE OFFICERS ASSOCIATION,
## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _Bettie L Johns (Cabble)_

Date: ___4-24-08___

### PLEASE PRINT CLEARLY

Name (printed): ___Bettie Johnson-Cabbil___

Badge Number: ___155___

Assignment: ___Northwestern District___

**DETROIT POLICE OFFICERS ASSOCIATION,
CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER
THE FAIR LABOR STANDARDS ACT**

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: 5-9-08 _____

## PLEASE PRINT CLEARLY

Name (printed): Antonio Carlisi _____

Badge Number: 7121 _____

Assignment: ED _____

**DETROIT POLICE OFFICERS ASSOCIATION,**
**CONSENT TO BECOME A PARTY PLAINTIFF**
**IN A CIVIL ACTION UNDER**
**THE FAIR LABOR STANDARDS ACT**

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _Cynthia L. Cheatom_

Date: _04-30-08_

### PLEASE PRINT CLEARLY

Name (printed): _CYNTHIA  L. CHEATOM_

Badge Number: _4825_

Assignment: _S. W. DISTRICT_

**DETROIT POLICE OFFICERS ASSOCIATION,**
**CONSENT TO BECOME A PARTY PLAINTIFF**
**IN A CIVIL ACTION UNDER**
**THE FAIR LABOR STANDARDS ACT**

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: _____5 - 7 - 08_____

**PLEASE PRINT CLEARLY**

Name (printed): _____VERONICA, Chuble_____

Badge Number: _____1458_____

Assignment: _____C.O.S._____

## DETROIT POLICE OFFICERS ASSOCIATION,
## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: _____

## PLEASE PRINT CLEARLY

Name (printed): _____

Badge Number: _____

Assignment: _____

**DETROIT POLICE OFFICERS ASSOCIATION,**
**CONSENT TO BECOME A PARTY PLAINTIFF**
**IN A CIVIL ACTION UNDER**
**THE FAIR LABOR STANDARDS ACT**

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _John Cleaver_

Date: _4-28-08_

## PLEASE PRINT CLEARLY

Name (printed): _Robin Cleaver_

Badge Number: _4116_

Assignment: _N.E.D_

## DETROIT POLICE OFFICERS ASSOCIATION,
## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: _____05/09/08_____

### PLEASE PRINT CLEARLY

Name (printed): _Randall S. Coleman_____

Badge Number: _2753_____

Assignment: _N.W.D._____

### DETROIT POLICE OFFICERS ASSOCIATION,
### CONSENT TO BECOME A PARTY PLAINTIFF
### IN A CIVIL ACTION UNDER
### THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: Rosemary Coleman

Date: 04-24-08

### PLEASE PRINT CLEARLY

Name (printed): Rosemary Coleman

Badge Number: 3177

Assignment: Northwestern District

# DETROIT POLICE OFFICERS ASSOCIATION,
## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: 05-6-08 _____

## PLEASE PRINT CLEARLY

Name (printed): Marcia Collier

Badge Number: 153X

Assignment: Human Resources/Recruiting

## DETROIT POLICE OFFICERS ASSOCIATION,
## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: 5-6-08 _____

## PLEASE PRINT CLEARLY

Name (printed): Adam Cook _____

Badge Number: 2833 _____

Assignment: Gaming _____

**DETROIT POLICE OFFICERS ASSOCIATION,
CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER
THE FAIR LABOR STANDARDS ACT**

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _Phillip D Cook_

Date: _04-24-08_

<u>PLEASE PRINT CLEARLY</u>

Name (printed): _PHillip D COOK_

Badge Number: _2004_

Assignment: _NW DisTRicT_

**DETROIT POLICE OFFICERS ASSOCIATION,
CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER
THE FAIR LABOR STANDARDS ACT**

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _Tawaina Craig_

Date: _5-7-08_

PLEASE PRINT CLEARLY

Name (printed): _TAWAINA CRAIG_

Badge Number: _759_

Assignment: _GAMING_

**DETROIT POLICE OFFICERS ASSOCIATION,**
**CONSENT TO BECOME A PARTY PLAINTIFF**
**IN A CIVIL ACTION UNDER**
**THE FAIR LABOR STANDARDS ACT**

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _Winston O Craig_

Date: _5-7-08_

## PLEASE PRINT CLEARLY

Name (printed): _Winston Craig_

Badge Number: _2741_

Assignment: _Gaming_

**DETROIT POLICE OFFICERS ASSOCIATION,**
**CONSENT TO BECOME A PARTY PLAINTIFF**
**IN A CIVIL ACTION UNDER**
**THE FAIR LABOR STANDARDS ACT**

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: _____049408_____

**PLEASE PRINT CLEARLY**

Name (printed): _Patricia Ann Crawford_

Badge Number: _1310_

Assignment: _NwD_

## DETROIT POLICE OFFICERS ASSOCIATION,
## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: _____ 05-06-2008 _____

### PLEASE PRINT CLEARLY

Name (printed): _____ Justin Dattilio _____

Badge Number: _____ 107 _____

Assignment: _____ Tactical Mobile _____

## DETROIT POLICE OFFICERS ASSOCIATION,
## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: _4/29/08_____

### PLEASE PRINT CLEARLY

Name (printed): _Andrew Dattol_____

Badge Number: _753_____

Assignment: _C/D - Patrol_____

## DETROIT POLICE OFFICERS ASSOCIATION,
## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _William Davis_

Date: _4-30-08_

### PLEASE PRINT CLEARLY

Name (printed): _WiLLiAM DAVis_

Badge Number: _4024_

Assignment: _SWD_

**DETROIT POLICE OFFICERS ASSOCIATION,
CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER
THE FAIR LABOR STANDARDS ACT**

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _Thomas L Denmark_

Date: _5-5-08_

**PLEASE PRINT CLEARLY**

Name (printed): _Thomas Lee Denmark_

Badge Number: _398_

Assignment: _Southwestern District_

## DETROIT POLICE OFFICERS ASSOCIATION,
## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER
## THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the Detroit Police Department. I believe that my rights to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize, the law firm of Gregory, Moore, Jeakle, Heinen and Brooks, P.C., including but not limited to attorney Scott A. Brooks, 65 Cadillac Square, Suite 3727, Detroit, Michigan 48226 to represent me as counsel with respect to all claims under the FLSA, and other related laws which I have or may have against my employer. The authorization includes both an investigation of the validity of claims and any resulting litigation concerning such claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including, the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any, costs and expenses of this action and reasonable attorneys' fees against my employer, and award said costs, expenses and fees to my above—named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Date: _____ 5 · 8 · 08 _____

### PLEASE PRINT CLEARLY

Name (printed): ____ ARThur Duda _____

Badge Number: ____ 487 _____

Assignment: ____ GAMINJ _____