UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT POLICE OFFICERS
ASSOCIATION, ETAL,

    Plaintiffs,

vs.

CITY OF DETROIT,

    Defendant.
    _____/

Case No. 08-12064

HON. GEORGE CARAM STEEH

## ORDER FOLLOWING STATUS CONFERENCE ON 10/07/2010

Counsel for the parties appeared at a status conference on this date and advised the court that the parties are close to a potential settlement but are in need of an exchange of information before reaching complete agreement.

Accordingly, the court orders that defendant City of Detroit shall furnish complete copies of work period time reports as requested on or before October 21, 2010, and that response by plaintiff, Detroit Polilce Officers Association to the data submitted be had by November 4, 2010. In the event a settlement has not been reached, the parties including responsible officers/decision makers shall appear in this court for court supervised settlement discussion on November 22, 2010 at 11:00 a.m.

    SO ORDERED.

Dated: October 7, 2010

                                  S/George Caram Steeh
                                  GEORGE CARAM STEEH
                                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 7, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk