UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DETROIT POLICE OFFICERS ASOCIATION,
ET AL.,

           Plaintiffs,

vs.

Case No. 08-12064
HON. GEORGE CARAM STEEH

CITY OF DETROIT,

           Defendant.
_____/

## ORDER FOR STAY OF PROCEEDINGS AND ADMINISTRATIVE CLOSING

    Counsel for the parties appeared this date for a status conference and indicated that the parties continue to implement their memorandum of understanding as filed with the court April 7, 2011 (Doc. #15-1). They also continue to collect information necessary to determine individual damages payable by defendant. Based upon the discussion, it was agreed that the case be stayed pending conclusion of the ongoing negotiations and implementation of the memorandum of understanding.

    Accordingly, this matter is stayed and administratively closed and may be reopened upon request of either party.

    IT IS SO ORDERED.

Dated: June 30, 2011

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 30, 2011, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk